# STREET LAW FIRM, LLP

A LIMITED LIABILITY PARTNERSHIP

N. D. STREET
T. R. SCOTT, JR.
J. W. BOWMAN
R. J. BREIMANN
S. T. MULLINS
R. V. PRESLEY, II
L. W. BOWMAN
B. A. STREET

1131 PLAZA DRIVE
P. O. BOX 2100
GRUNDY, VA 24614

E. K. STREET
(1943-1990)

TELEPHONE
(276) 935-2128

FAX
(276) 935-4162

October 12, 2007

Lorea Washington
CNI Administration Services, LLC
MSPRC Contractor
Jackson, Mississippi

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

OCT 16 2007

JOHN F. CORCORAN, CLERK
BY: /s/
  DEPUTY CLERK

Re:   Beneficiary: Bertie Dye
      HIC #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A
      DOL: 10/10/03
      U.S. District Court
      Case No.: 1:05CV00096
      Our File No. 30731

Dear Ms. Washington:

   I am in receipt of the MSPRC Payment Summary Form which you faxed to my office on October 11, 2007, showing that the total conditional payments made relative to the above referenced matter, is $158.48. Upon receipt of the final demand for payment letter, we will send our trust account draft to Medicare in this amount, and remit the balance of the trust account to the statutory beneficiaries.

   With best regards, I remain

                                   Very truly yours,

                                   /s/ Thomas R. Scott

                                   Thomas R. Scott, Jr.

TRS/cjd

xc:   ✓The Honorable James P. Jones, Judge
      S. D. Roberts Moore, Esq.
      Hope Campbell
      Charles Dye